FILED
FEB 1 1 2015

Donald R. Cassling, Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )   Case No. 13 B 20227
ERIC ISAACSON AND KIMBERLY ISAACSON,      )
                                          )
                                          )
                                          )   Chapter 7
          Debtors.                        )
                                          )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF THE LAW OFFICES OF ARNOLD H. LANDIS, PC, SPECIAL COUNSEL FOR THE ESTATE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $8,679.50 | TOTAL COSTS REQUESTED: | $832.56 |
| TOTAL FEES REDUCED: | $217.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $8,462.00 | TOTAL COSTS ALLOWED: | $832.56 |

**TOTAL FEES AND COSTS ALLOWED: $9,294.56**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not

entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: February 11, 2015

Donald R. Cassling
United States Bankruptcy Judge

11/26/2014     Arnold H. Landis
2:37 PM     Bill Worksheet     Page 1

## Selection Criteria

| Clie.Selection | Include: Isaacson, Eric |
|---|---|
| Slip.Transaction Dat | 11/25/2013 - 11/26/2014 |

| | |
|---|---|
| Nickname | Isaacson, Eric \| 1770 |
| Full Name | Eric and Kim Isaacson |
| Address | 2244 Stonehaven Drive |
| | Plainfield, IL 60586 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | BMO Harris Bank, N.A. v. Eric Isaacson  11 CH 5140 |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 10/17/2013 |
| Last charge | 11/19/2014 |
| Last payment | 2/14/2014    Amount    $3,156.25 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total | |
|---|---|---|---|---|---|---|
| 11/25/2013<br>147901 | Bryan Thompson<br>Non-Contingent<br>Preparation of notice of appeal. | 285.00 | 0.30 | 85.50 | Billable | |
| 12/9/2013<br>148356 | Bryan Thompson<br>Non-Contingent<br>Preparation of docketing statement for appeal. | 285.00 | 0.50 | 142.50 | Billable | |
| 12/13/2013<br>148479 | Lisa Anderson ②<br>Non-Contingent<br>Copy, scan, file & mail docketing statement and notice of appeal. | 100.00 | 0.80 | 80.00 | Billable | − $80.00 |
| 12/17/2013<br>148510 | Bryan Thompson<br>Non-Contingent<br>Preparation of motion for leave to file docketing statement. | 285.00 | 0.30 | 85.50 | Billable | |
| 1/2/2014<br>148631 | AHL<br>Non-Contingent<br>Follow up regarding bankruptcy. | 395.00 | 0.20 | 79.00 | Billable | |
| 1/7/2014<br>148675 | AHL<br>Non-Contingent<br>Follow up with appeal and BK. | 395.00 | 0.30 | 118.50 | Billable | |
| 1/7/2014<br>149020 | Lisa Anderson<br>Non-Contingent<br>Court appearance on status of bankruptcy and meet with attorney to discuss motion. | 200.00 | 1.00 | 200.00 | Billable | |

−$80.00

11/26/2014 Arnold H. Landis
2:37 PM Pre-Bill Worksheet Page 2

Isaacson, Eric:Eric and Kim Isaacson (continued)

| Date | User | | Rate | Hours | Amount | Total | |
|---|---|---|---|---|---|---|---|
| ID | Task | | Markup % | DNB Time | DNB Amt | | |
| 1/8/2014 | AHL | | 395.00 | 0.20 | 79.00 | Billable | |
| 148702 | Non-Contingent | | | | | | |
| | Follow up with David. | | | | | | |
| 1/13/2014 | Bryan Thompson | | 285.00 | 0.20 | 57.00 | Billable | |
| 149090 | Non-Contingent | | | | | | |
| | Preparation of amended docketing statement. | | | | | | |
| 1/14/2014 | Lisa Anderson (12) | | 100.00 | 0.10 | 10.00 | Billable | -10.00 |
| 149103 | Non-Contingent | | | | | | |
| | Mail amended docketing statement. | | | | | | |
| 1/17/2014 | AHL (4) | | 395.00 | 0.30 | 118.50 | Billable | -118.50 |
| 149166 | Non-Contingent | | | | | | |
| | Edit motion. → What motion? | | | | | | |
| 1/17/2014 | Bryan Thompson | | 285.00 | 1.00 | 285.00 | Billable | |
| 149153 | Non-Contingent | | | | | | |
| | Preparation of motion to appoint AHL as attorney. | | | | | | |
| 1/21/2014 | AHL | | 395.00 | 0.30 | 118.50 | Billable | |
| 149199 | Non-Contingent | | | | | | |
| | Telephone conference with the opposing attorney. | | | | | | |
| 1/21/2014 | Bryan Thompson (5) (12) | | 285.00 | 0.30 | 85.50 | Billable | -8.55 |
| 149418 | Non-Contingent | | | | | | |
| | Revisions to motion to employ counsel. Filing same with BK court. | | | | | | |
| 1/28/2014 | AHL | | 395.00 | 0.20 | 79.00 | Billable | |
| 149318 | Non-Contingent | | | | | | |
| | Follow up regarding record and motion. | | | | | | |
| 1/29/2014 | AHL | | 395.00 | 0.30 | 118.50 | Billable | |
| 149345 | Non-Contingent | | | | | | |
| | Telephone conference with Lloyd and follow up. | | | | | | |
| 2/5/2014 | AHL | | 395.00 | 1.00 | 395.00 | Billable | |
| 149529 | Non-Contingent | | | | | | |
| | Court appearance. | | | | | | |
| 2/12/2014 | AHL | | 395.00 | 0.20 | 79.00 | Billable | |
| 149631 | Non-Contingent | | | | | | |
| | Review bankruptcy order. | | | | | | |
| 2/24/2014 | Bryan Thompson | | 285.00 | 0.20 | 57.00 | Billable | |
| 149951 | Non-Contingent | | | | | | |
| | Preparation of motion for leave to file record. | | | | | | |

-137.05