# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Eric C Isaacson | § | Case No. 13-20227 |
| Kimberly A Isaacson | § | |
| | § | |
| | § | |
| Debtors | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 05/14/2013 . The case was converted to one under Chapter 7 on 10/29/2014 . The undersigned trustee was appointed on 10/30/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 177,108.26 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 71,480.09 |
| Bank service fees | 4,496.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 101,131.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/19/2015 and the deadline for filing governmental claims was 06/19/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,105.41 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,105.41 , for a total compensation of $ 12,105.41 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2018                By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-20227 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Eric C Isaacson | | | | Date Filed (f) or Converted (c): | 10/29/2014 (c) |
| | Kimberly A Isaacson | | | | 341(a) Meeting Date: | 06/11/2013 |
| For Period Ending: | 11/30/2018 | | | | Claims Bar Date: | 06/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home--2244 Stonehaven Dr., Plainfield, Il | 225,000.00 | 30,423.00 | | 41,360.00 | FA |
| 2. Tcf Savings Account | 50,000.00 | 50,000.00 | | 48,988.27 | FA |
| 3. Various Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. 2 Paintings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Various Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Various Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 7. Husband's 401(K) | 305,068.00 | 0.00 | | 0.00 | FA |
| 8. Husband's Ira | 89,881.00 | 0.00 | | 0.00 | FA |
| 9. Husband's Wal-Mart Esop (u) | 39,615.00 | 0.00 | | 40,129.99 | FA |
| 10. Wife's 401(K) | 436,274.00 | 0.00 | | 0.00 | FA |
| 11. Wife's Ira | 89,782.00 | 0.00 | | 0.00 | FA |
| 12. Wife's Wal-Mart Esop (u) | 39,586.00 | 0.00 | | 40,130.00 | FA |
| 13. Ike Services, Llc 100% Interest | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2002 Ford Expedition | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Buick Lacrosse Cxs | 16,000.00 | 13,070.00 | | 0.00 | FA |
| 16. 2010 Ford Expedition El | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 17. Bank Account (u) TCF Checking Account | 0.00 | 50,000.00 | | 0.00 | FA |
| 18. Preferential Transfer Preference payment to Citibank | 0.00 | 10,000.00 | | 6,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,319,406.00   $173,493.00       $177,108.26   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Converted Chapter 11/13 case; Marshalling non-exempt bank proceeds; Proceeding to liquidate non-exempt stock. - Joji Takada 11/30/2014

Completed 341 meetings of Debtor/Joint-Debtor; Bank's counsel indicated intention to file motion to dismiss case. - Joji Takada 1/24/2015

Bank's counsel filed motion to dimiss case. - Joji Takada 3/10/2015

Bank's motion to dismiss denied; Bank has taken appeal; Instructed by UST to continue to pursue assets; Received transfer documents necessary for transfer of non-exempt stock; Forwarded to debtor for review and completion; Received additional communication from Computershare; Awaiting contact from legal department re additional requirements. - Joji Takada 4/8/2015

Hired real estate broker to list primary residence. - Joji Takada 8/10/2015

Compromise with Debtor re: primary residence. - Joji Takada 10/24/2015

Hired bank's counsel to pursue denial of discharge complaint - Joji Takada 12/22/2015

Hired bank's counsel to pursue denial of discharge complaint - Joji Takada 3/22/2016

Denial discharge litigation pending. - Joji Takada 6/24/2016

Denial discharge litigation pending. - Joji Takada 9/2/2016

Denial discharge litigation pending. - Joji Takada 12/20/2016

Liquidated stock accounts. - Joji Takada 2/15/2017

Resolving tax return/basis issues re: stock sale. - Joji Takada 5/1/2017

Requested basis documents/statements from debtor. - Joji Takada 8/15/2017

Requested basis documents/statements from debtor. - Joji Takada 11/25/2017

Received statements from debtor; proceeding with tax returns. - Joji Takada 12/15/2017

Claim administration re BoA secured auto loans. - Joji Takada 3/28/2018

Prepare TFR documents. - Joji Takada 6/8/2018


Initial Projected Date of Final Report (TFR): 05/14/2015          Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-20227 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Eric C Isaacson | Bank Name: | Associated Bank |
| Kimberly A Isaacson | Account Number/CD#: | XXXXXX9835 |
| | | Checking |
| Taxpayer ID No: XX-XXX1236 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8425 | Transfer of Funds | 9999-000 | $48,988.27 | | $48,988.27 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.74 | $48,976.53 |
| 03/02/15 | 1001 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket bond payment to Adams Levine | 2300-000 | | $53.72 | $48,922.81 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.75 | $48,857.06 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.66 | $48,784.40 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.19 | $48,714.21 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.42 | $48,641.79 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.98 | $48,571.81 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.21 | $48,499.60 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.11 | $48,427.49 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.68 | $48,357.81 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.89 | $48,285.92 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.47 | $48,216.45 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.68 | $48,144.77 |

Page Subtotals: $48,988.27     $843.50

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-20227 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Eric C Isaacson | Bank Name: | Associated Bank |
| Kimberly A Isaacson | Account Number/CD#: | XXXXXX9835 |
| | | Checking |
| Taxpayer ID No: XX-XXX1236 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/16 | 1 | Kimberly Isaacson | Settlement payment Payment from Debtor re: compromise of primary residence | 1129-000 | $41,360.00 | | $89,504.77 |
| 02/03/16 | 1002 | Studemann, Erin Coldwell Banker Honig-Bell 1222 North Division Street Morris, Illinois 60450 | Real estate broker commission payment Flat fee to broker re: listing of primary residence | 3510-000 | | $600.00 | $88,904.77 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.38 | $88,809.39 |
| 02/12/16 | 18 | Citibank NA | Settlement payment Settlement with Citibank re preferential payment | 1141-000 | $6,500.00 | | $95,309.39 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.40 | $95,179.99 |
| 03/15/16 | 1003 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Attorney fees | 3110-000 | | $6,720.00 | $88,459.99 |
| 03/30/16 | 1004 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket Bond Premium | 2300-000 | | $106.79 | $88,353.20 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.99 | $88,216.21 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.96 | $88,089.25 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.96 | $87,958.29 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.55 | $87,831.74 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.59 | $87,701.15 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.38 | $87,570.77 |
| | | | Page Subtotals: | | $47,860.00 | $8,434.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-20227 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Eric C Isaacson | Bank Name: Associated Bank |
| Kimberly A Isaacson | Account Number/CD#: XXXXXX9835 |
| | Checking |
| Taxpayer ID No: XX-XXX1236 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.00 | $87,444.77 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.01 | $87,314.76 |
| 11/29/16 | 1005 | Howard and Howard 200 S Michigan Ave #1100 Chicago, IL 60604 Attn: Daniel Rubin | Payment to trustee professional Special counsel legal fees | 3210-000 | | $52,200.00 | $35,114.76 |
| 11/29/16 | 1006 | Howard and Howard 200 S Michigan Ave #1100 Chicago, IL 60604 Attn: Daniel Rubin | Payment to trustee professional Special counsel expenses | 3220-000 | | $2,431.30 | $32,683.46 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $125.63 | $32,557.83 |
| 12/13/16 | 1007 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Trustee professional fees | 3210-000 | | $8,540.00 | $24,017.83 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.20 | $23,970.63 |
| 02/03/17 | | Walmart | Non-exempt funds Liquidation of nonexempt stock account | | $80,259.99 | | $104,230.62 |
| | | | Gross Receipts  $80,259.99 | | | | |
| | 9 | | Husband's Wal-Mart Esop  $40,129.99 | 1229-000 | | | |
| | 12 | | Wife's Wal-Mart Esop  $40,130.00 | 1229-000 | | | |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.65 | $104,194.97 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.19 | $104,062.78 |
| 03/19/17 | 1008 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2017 Blank Bond Premium | 2300-000 | | $99.80 | $103,962.98 |

| | | | Page Subtotals: | | $80,259.99 | $63,867.78 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-20227 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | Eric C Isaacson | | Bank Name: | Associated Bank |
| | Kimberly A Isaacson | | Account Number/CD#: | XXXXXX9835 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1236 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.67 | $103,808.31 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.36 | $103,658.95 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.10 | $103,504.85 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $148.92 | $103,355.93 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $153.68 | $103,202.25 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $153.43 | $103,048.82 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $148.27 | $102,900.55 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.98 | $102,747.57 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $147.83 | $102,599.74 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.54 | $102,447.20 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.32 | $102,294.88 |
| 02/27/18 | 1009 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2018 Blanket Bond Payment | 2300-000 | | $59.48 | $102,235.40 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.37 | $102,098.03 |

Page Subtotals:        $0.00        $1,864.95

UST Form 101-7-TFR (5/1/2011)  *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-20227 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Eric C Isaacson | Bank Name: Associated Bank |
| Kimberly A Isaacson | Account Number/CD#: XXXXXX9835 |
| | Checking |
| Taxpayer ID No: XX-XXX1236 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/18 | 1010 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Distribution 2017 estate taxes to Illinois | 2820-000 | | $669.00 | $101,429.03 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.80 | $101,277.23 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $146.00 | $101,131.23 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $177,108.26 | $75,977.03 |
| Less: Bank Transfers/CD's | $48,988.27 | $0.00 |
| Subtotal | $128,119.99 | $75,977.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $128,119.99 | $75,977.03 |

Page Subtotals:   $0.00   $966.80

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-20227 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Eric C Isaacson | Bank Name: The Bank of New York Mellon |
| Kimberly A Isaacson | Account Number/CD#: XXXXXX8425 |
| | Checking |
| Taxpayer ID No: XX-XXX1236 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/15 | 2 | Kimberly and Eric Isaacson | Cash Deposits Funds in deposit account as of conversion date | 1129-000 | $48,988.27 | | $48,988.27 |
| 01/26/15 | | Transfer to Acct # xxxxxx9835 | Transfer of Funds | 9999-000 | | $48,988.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $48,988.27 | $48,988.27 |
| Less: Bank Transfers/CD's | $0.00 | $48,988.27 |
| Subtotal | $48,988.27 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $48,988.27 | $0.00 |

Page Subtotals: $48,988.27  $48,988.27

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8425 - Checking | $48,988.27 | $0.00 | $0.00 |
| XXXXXX9835 - Checking | $128,119.99 | $75,977.03 | $101,131.23 |
| | $177,108.26 | $75,977.03 | $101,131.23 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $177,108.26 |
| Total Gross Receipts: | $177,108.26 |

Page Subtotals:   $0.00   $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-20227
Debtor Name: Eric C Isaacson
Claims Bar Date: 6/19/2015

Date: November 30, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $12,105.41 | $12,105.41 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $700.00 | $700.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $669.00 | $669.00 |
| 8 100 2990 | Office Of The U. S. Trustee<br>Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| 100 3110 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $9,065.00 | $9,065.00 |
| 100 3110 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $6,720.00 | $6,720.00 |
| 100 3210 | Howard and Howard<br>200 S Michigan Ave #1100<br>Chicago, IL 60604<br>Attn: Daniel Rubin | Administrative | | $0.00 | $52,200.00 | $52,200.00 |
| 100 3210 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $8,540.00 | $8,540.00 |
| 100 3220 | Howard and Howard<br>200 S Michigan Ave #1100<br>Chicago, IL 60604<br>Attn: Daniel Rubin | Administrative | | $0.00 | $2,431.30 | $2,431.30 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-20227  
Debtor Name: Eric C Isaacson  
Claims Bar Date: 6/19/2015

Date: November 30, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3220 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $15.84 | $15.84 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $1,498.00 | $1,498.00 |
| 100 3510 | Erin Studemann<br>Coldwell Banker Honig-Bell<br>1222 North Division Street<br>Morris, Illinois 60450 | Administrative | | $0.00 | $0.00 | $600.00 |
| 150 6700 | Law Offices Of Arnold H. Landis<br>Law Offices Of Arnold H. Landis, P.C.<br>77 W. Washington Street, Ste. 702<br>Chicago, Il 60602 | Administrative | | $0.00 | $8,679.50 | $8,462.00 |
| 150 6710 | Law Offices Of Arnold H. Landis<br>Law Offices Of Arnold H. Landis, P.C.<br>77 W. Washington Street, Ste. 702<br>Chicago, Il 60602 | Administrative | | $0.00 | $832.56 | $832.56 |
| 3 300 7100 | Bmo Harris Bank N. A.<br>Bmo Harris Bank N.A.<br>Howard And Howard Attorneys Pllc<br>Attn: Daniel Rubin<br>200 S Michigan Ave Ste 1100<br>Chicago, Illinois 60604 | Unsecured | | $0.00 | $1,011,656.13 | $1,011,656.13 |
| 5 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Chase Bank Usa N.A.<br>Po Box 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $1,061.44 | $1,061.44 |
| 6 300 7100 | Law Offices Of Arnold H. Landis<br>Law Offices Of Arnold H. Landis, P.C.<br>77 W. Washington Street, Ste. 702<br>Chicago, Il 60602 | Unsecured | Withdrawn by creditor. - Joji Takada 10/4/2018 | $0.00 | $5,033.56 | $0.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-20227  
Debtor Name: Eric C Isaacson  
Claims Bar Date: 6/19/2015

Date: November 30, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Wermer Rogers Doran & Ruzon<br>755 Essington Rd<br>Joliet, Il 60435 | Unsecured | | $0.00 | $1,500.00 | $1,500.00 |
| 1<br>400<br>4110 | N. A. Bank Of America<br>Bank Of America, N.A.<br>Nc4-105-02-99<br>Po Box 26012<br>Greensboro, Nc 27420-6012 | Secured | | $0.00 | $26,185.51 | $0.00 |
| 2<br>400<br>4110 | N. A. Bank Of America<br>Bank Of America, N.A.<br>Nc4-105-02-99<br>Po Box 26012<br>Greensboro, Nc 27420-6012 | Secured | | $0.00 | $13,070.12 | $0.00 |
| 4<br>400<br>4110 | Na Wells Fargo Bank<br>Wells Fargo Bank, Na<br>Attn: Bankruptcy Dept<br>Mac#D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, Sc 29715 | Secured | Withdrawn - Joji Takada 8/21/2018 | $0.00 | $164,577.73 | $0.00 |
| | Case Totals | | | $0.00 | $1,326,866.10 | $1,118,381.68 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20227
Case Name: Eric C Isaacson
       Kimberly A Isaacson
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand      $      101,131.23

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 12,105.41 | $ 0.00 | $ 12,105.41 |
| Attorney for Trustee Fees: Law Offices of Zane Zielinski PC | $ 15,785.00 | $ 6,720.00 | $ 9,065.00 |
| Attorney for Trustee Expenses: Law Offices of Zane Zielinski PC | $ 15.84 | $ 0.00 | $ 15.84 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,498.00 | $ 0.00 | $ 1,498.00 |
| Charges: US Bankruptcy Court Clerk | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: Illinois Department of Revenue | $ 669.00 | $ 669.00 | $ 0.00 |
| Other: Office Of The U. S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: Law Office of William Factor | $ 8,540.00 | $ 8,540.00 | $ 0.00 |
| Other: Erin Studemann | $ 600.00 | $ 600.00 | $ 0.00 |
| Other: Howard and Howard | $ 52,200.00 | $ 52,200.00 | $ 0.00 |
| Other: Howard and Howard | $ 2,431.30 | $ 2,431.30 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $      23,709.25

Remaining Balance      $      77,421.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Expenses: Law Offices Of Arnold H. Landis | $ 832.56 | $ 0.00 | $ 832.56 |
| Other Prior Chapter Professional Fees: Law Offices Of Arnold H. Landis | $ 8,462.00 | $ 0.00 | $ 8,462.00 |
| Total to be paid for prior chapter administrative expenses | | | $ 9,294.56 |
| Remaining Balance | | | $ 68,127.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,014,217.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Bmo Harris Bank N. A. | $ 1,011,656.13 | $ 0.00 | $ 67,955.36 |
| 5 | Portfolio Recovery Associates, Llc | $ 1,061.44 | $ 0.00 | $ 71.30 |
| 7 | Wermer Rogers Doran & Ruzon | $ 1,500.00 | $ 0.00 | $ 100.76 |

| | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 68,127.42 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE